IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-CR-20056 |
| ) | |
| TARVEZ Q. SMITH, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION CONCERNING PRIOR FELONY DRUG CONVICTIONS**

The United States of America, by and through the undersigned Assistant U.S. Attorney, and pursuant to 21 U.S.C. § 851, hereby notifies the Court that it intends to rely on the following prior conviction of the defendant, Tarvez Q. Smith, as a basis for an increased punishment in this case:

1. On or about March 5, 2013, in Cause Number 13-CF-57, the defendant was convicted in Macon County, Illinois, of the offense of unlawful delivery of a controlled substance while within 1000 feet of church property, in violation of 720 ILCS 570/407(b)(2), a felony drug offense as defined in 21 U.S.C. § 802(44).

With one or more prior convictions for a final felony drug offense, pursuant to 21 U.S.C. § 841(b)(1)(C), upon a conviction of Counts One, Two, Three, Four, or Five of the Indictment, the defendant shall be sentenced to a term of imprisonment of not more than 30 years, a term of supervised release of at least 6 years in addition to such term of imprisonment, a fine not to exceed $2,000,000 and a mandatory $100 special assessment.

Pursuant to 21 U.S.C. § 851(b), any challenge to a prior conviction that is not made before sentence is imposed may not thereafter be raised to attack the sentence. Pursuant

to 21 U.S.C. § 851(c), if the defendant denies any allegation of this information of prior conviction or claims that any conviction alleged is invalid, he should file a written response to the information. This notice is filed and furnished to the defendant in accordance with 21 U.S.C. § 851(a)(1).

        Respectfully submitted,

        JOHN E. CHILDRESS
        United States Attorney

By:    s/C. Ryan Finlen
        C. Ryan Finlen
        Assistant U.S. Attorney
        Office of the United States Attorney
        Central District of Illinois
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        *Tel*. (217) 373-5875

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 4, 2018, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant's counsel in this case.

        */s/ C. Ryan Finlen*
        C. Ryan Finlen
        Assistant United States Attorney